JS-6

**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
Lirit A. King, Esq. (SBN 252521)
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile: (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com
lking@bradleygrombacher.com

Attorneys for Plaintiff Carlos Alvarez,
Individually, and on behalf of other individuals similarly situated

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ALVAREZ, individually and on behalf of other individuals similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, a North Carolina limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | **CASE NO. 5:21−cv−01660 JWH (SPx)**<br>[Assigned to Hon. John W. Holcomb, CR 2<br>Mag. Hon. Sheri Pym]<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING DISMISSAL**<br><br>Complaint Filed: August 26, 2021<br>Removal: October 1, 2021 |

Pursuant to what the Court construes as a Request for Dismissal of the above-captioned action under Rule 41(a)(2) Federal Rule of Civil Procedure, it is hereby **ORDERED** as follows:

1. This action is **DISMISSED without prejudice** as to Plaintiff Carlos Alvarez.

2. This action is **DISMISSED without prejudice** as to any putative class members.

3. Each party shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: November 9, 2021



JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE